Plaintiff's Name **David Pierre-Jones**
Inmate No. **BL8033**
Address **P.O. Box 5248 Corcoran, Ca 93212**

**FILED**

NOV 01 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**David Pierre-Jones**
(Name of Plaintiff)

**1:23-cv-01372-ADA-SKO**
(Case Number)

VS.

**I. Campos (Badge no. 86971)**

**A. Placencia (Badge no. 72948)**

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ 42 U.S.C. 1983 (State Prisoner)

☐ <u>Bivens</u> Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

NOV 01 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes____ No ✓

B. If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_____

3. Docket Number _____ 4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
_____

6. Filing Date (approx.) _____    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

   Yes __✓__   No_____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

   Yes __✓__   No_____

C. Is the process completed?

   Yes __✓__.   If your answer is yes, briefly explain what happened at each level.

   CDCR Provided me with an "Allegation of Staff Misconduct" Decision. It was also determined through CDCR that Such a Decision Exhausted my Administrative Remedies. 12/5/22

   No_____   If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name __I. Campos__ is employed as __Correctional Officer__
   Current Address/Place of Employment __California Department of Corrections/Rehabilitation SATF-Corcoran__

B. Name **A. Placencia** is employed as **Correctional Officer**

Current Address/Place of Employment **CDCR SATF-Corcoran**

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

My right to freedom from cruel and unusual punishment was violated. Guaranteed by the 8th Amendment of the U.S. Constitution.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

1. On December 1st, 2022 Officer's I. Campos and A. Placencia were working as correctional staff on facility E's designated responder personnel.

2. Both officers assisted in an escort of the plaintiff from the plaintiff's housing unit to facility E's program office. Plaintiff was in handcuff restraints with his ~~~~ hands behind his

back. Plaintiff walked cooperatively with the escourt into facility E's Program office. Once inside, Officer A. Placencia stopped the plaintiff and pushed him against the wall. Officer I. Campos was heard telling the plaintiff to "stop resisting." plaintiff did not react to officer's Demand because plaintiff was already compliant with the staff's requests. Officer I. Campos pulled the plaintiff into the middle of the hallway and told him to "walk." The plaintiff took two steps forward and was then slammed onto the floor by officer I. Campos. Officer A. placencia landed on the plaintiff at the same time. The plaintiff's Ribcage began to throb with pain. plaintiff let the officer know he wasn't doing Anything wrong. Both Defendants did not follow CDCR's "use of force Policy."

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

The plaintiff seeks judgement against the Defendants in the amount of 24,500. For punitive and compensatory damages. The Defendants are sued in their "Individual Capacity."

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/27/23    Signature of Plaintiff: _CWioRece_

(Revised 4/4/14)