1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID PIERRE-JONES,                    Case No.: 1:23-cv-1372-KES-SKO (PC)

12              Plaintiff,                   **ORDER REFERRING CASE TO POST-
                                             SCREENING ADR AND STAYING CASE
13        v.                                 FOR 90 DAYS**

14   I. CAMPOS, et al.,
                                             **FORTY-FIVE (45) DAY DEADLINE**
15              Defendants.

16

17        Plaintiff David Pierre-Jones is proceeding pro se in this civil rights action pursuant to 42

18   U.S.C. § 1983. This action proceeds against Defendants Campos and Plascencia for violations of

19   Plaintiff's constitutional rights.

20        The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute

21   Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively. In

22   appropriate cases, defense counsel from the California Attorney General's Office have agreed to

23   participate in ADR. No claims, defenses, or objections are waived by the parties' participation.

24        The Court stays this action for ninety days to allow the parties to investigate Plaintiff's

25   claims, meet and confer, and participate in an early settlement conference. The Court presumes

26   that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement

27   conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either

28   party finds that a settlement conference would be a waste of resources, the party may opt out of

the early settlement conference.

Accordingly, it is hereby **ORDERED**:

1.  This action is STAYED for **ninety (90) days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2.  <u>**Within forty-five (45) days**</u> from the date of this order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.

3.  <u>**Within sixty (60) days**</u> from the date of this order, the assigned Deputy Attorney General SHALL contact the undersigned's Courtroom Deputy Clerk at wkusamura@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to proceed to an early settlement conference.

4.  If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

5.  The Clerk of the Court SHALL serve via email copies of Plaintiff's first amended complaint (Doc. 10), the Court's screening order (Doc. 16), and this Order to Supervising Deputy Attorney General Lawrence Bragg (Lawrence.Bragg@doj.ca.gov), and a copy of this Order to ADR Coordinator Sujean Park.

6.  The parties must keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **April 2, 2024**                         */s/ Sheila K. Oberto*

                                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

EASTERN DISTRICT OF CALIFORNIA

14

15    DAVID PIERRE-JONES,

Case No. 1:23-cv-01372-KES-SKO

16                    Plaintiff,

17          v.

NOTICE REGARDING EARLY
SETTLEMENT CONFERENCE

18    I. CAMPOS, et al.,

19                    Defendants.

20

21      1.  The party or counsel agrees that an early settlement conference would be productive and

22          wishes to engage in an early settlement conference.

23                  Yes _____              No _____

24

25      2.  Plaintiff (check one):

26              _____ would like to participate in the settlement conference in person.

27              _____ would like to participate in the settlement conference by telephone or video

28

conference.

Dated:

_____

Plaintiff or Counsel for Defendant