UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PIERRE-JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>I. CAMPOS, et al.,<br><br>        Defendants. | Case No.: 1:23-cv-1372-KES-SKO (PC)<br><br>**ORDER LIFTING PREVIOUSLY IMPOSED STAY**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER** |

      Plaintiff David Pierre-Jones is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment excessive force claims against Defendants Campos-Garcia and Plascencia, following removal from the Kings County Superior Court.

      On April 2, 2024, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 19.) The Court ordered the parties to file notice, within 45 days, indicating whether they believed an early settlement conference would be productive in this matter. (*Id*. at 2.) All parties indicated a willingness to participate in a settlement conference. (Docs. 22, 24.)

      A settlement conference was held before Magistrate Judge Erica P. Grosjean on August 20, 2024; the matter did not settle. (Docket Entry 36.)  Because the parties did not reach a

settlement, the Court will lift the previously imposed stay and issue a discovery and scheduling order.

**CONCLUSION AND ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The previously imposed 90-day stay of this is action (Doc. 19) is **LIFTED**; and
2. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

Dated:   **August 21, 2024**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE