UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PIERRE-JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. CAMPOS, et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-1372-KES-SKO (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 39) |

On September 20, 2024, counsel for Defendants A. Plascencia and I. Campos-Garcia filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 39.) The stipulation is signed and dated by Plaintiff David Pierre-Jones and Carolyn G. Widman, counsel for Defendants, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id*.)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: __**September 30, 2024**__　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE